UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YISMARY DIAZ CUELLAR, as Personal Representative
of the Estate of JORGE DIAZ CORRALES, Deceased,

    Plaintiff,

v.                                                                 Case: 2:21-cv-00986 KRS-GBW

ALEXIS SANTIAGO ABRAMS, ROWDY TRANSPORT LLC,
D/B/A ROWDY RESOURCES a foreign profit corporation,
HUDSON INSURANCE GROUP a foreign profit corporation,
and REDPOINT COUNTY MUTUAL INSURANCE CO.,
a foreign profit corporation.

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS HUDSON INSURANCE GROUP AND REDPOINT COUNTY MUTUAL INSURANCE COMPANY

THIS MATTER came before the Court on the unopposed motion filed by the law firm of Rodey, Dickason, Sloan, Akin & Robb, P.A., to withdraw as counsel for Defendants Hudson Insurance Group and Redpoint County Mutual Insurance Company. The Court being fully advised finds that the motion is well-taken and should be granted.

WHEREFORE the law firm of Rodey, Dickason, Sloan, Akin & Robb, P.A. (Seth L. Sparks and Lauren T. Kedge) is allowed to withdraw as counsel of record for Defendants Hudson Insurance Group and Redpoint County Mutual Insurance Company. The firm remains as counsel of record for Defendants Alexis Santiago Abrams and Rowdy Transport LLC, d/b/a Rowdy Resources.

_____
HONORABLE KEVIN R. SWEAZEA

3607836.2

Submitted by:

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A**.

By   */s/Lauren T. Kedge – Electronically Signed*
         Seth L. Sparks
         Lauren T. Kedge
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
FAX:  (505) 768-7395
ssparks@rodey.com
lkedge@rodey.com
*Attorneys for Defendants Alexis Santiago Abrams and Rowdy Transport LLC, d/b/a Rowdy Resources*


Approved as to form:

**THE LAW OFFICE OF DAVID M. HOULISTON**
By: (via email on 10/21/2021)
         David M. Houliston
7500 Jefferson Street NE, Suite 106
Albuquerque, NM  87109
(505) 247-1223
david@houlistonlaw.com
*Attorney for Plaintiff*

**CHRISTIAN, DICHTER & SLUGA, PC**
By: (via email on 10/21/2021)
         Alison R. Christian
2800 North Central Avenue, Suite 860
Phoenix, Arizona  85004
(602) 792-1700
achristian@cdslawfirm.com
*Attorneys for Defendants Hudson Insurance Group and Redpoint County Mutual Insurance Co.*