## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

YISMARY DIAZ CUELLAR, as Personal Representative
of the Estate of JORGE DIAZ CORRALES, Deceased

      Plaintiff,

v.                                                    Cause No. 2:21-cv-00986-KRS-GBW

ALEXIS SANTIAGO ABRAMS, ROWDY TRANSPORT, LLC,
D/B/A ROWDY RESOURCES a foreign profit corporation,
HUDSON INSURANCE GROUP a foreign profit corporation,
and REDPOINT COUNTY MUTUAL INSURANCE CO.,
a foreign profit corporation,

      Defendants.

## STIPULATED ORDER GRANTING MOTION FOR
## EXTENSION OF TIME TO RESPOND

The Court having considered the Unopposed Motion by Plaintiff Yismary Diaz Cuellar, as Personal Representative of the Estate of Jorge Diaz Cuellar, Deceased, for an Extension of Time to Respond to Defendants' Motion to Dismiss Claims Against Defendant Hudson and to Bifurcate Claims Against Defendant Redpoint [Doc. 20], and the Court being advised in the premises, and for good cause shown,

**FINDS**, the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** as follows:

The deadline for Plaintiff's response to Defendants Motion to Dismiss Claims Against Defendant Hudson and to Bifurcate Claims Against Defendant Redpoint is hereby extended to November 2, 2021.

HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

1

Submitted by:

LAW OFFICES OF DAVID M. HOULISTON

*/s/ David M. Houliston*
David M. Houliston
7500 Jefferson Street NE, Suite 106
Albuquerque, NM 87109
Phone: (505) 247-1223
Fax:    (505) 214-5204
david@houlistonlaw.com

*and*

CLARK, FOUNTAIN, LA VISTA, PRATHER & LITTKY-RUBIN, LLP

*/s/ Ben J. Whitman*
Ben J. Whitman
1919 N. Flagler Drive, 2nd Floor
West Palm Beach, FL 33407
Phone: (561) 899-2100
Fax:    (561) 832-3580
bwhitman@clarkfountain.com
Florida Bar No. 106234
*Attorneys for Plaintiff*


Approved By:

CHRISTIAN, DICHTER & SLUGA, PC

*/s/ Electronically Approved 10/28/2021*
Alison R. Christian
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Phone: (602) 792-1700
ahristian@cdslawfirm.com
*Attorney for Defendants Hudson Insurance Group
and Redpoint County Mutual Insurance Co.*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

*/s/ Electronically Approved 10/28/2021*
Lauren T. Kedge
Seth Sparks

2

P.O. Box 1888
Albuquerque, NM 87103
Phone: (505) 765-5900
Fax:     (505) 768-7395
lkedge@rodey.com
ssparks@rodey.com
*Attorneys for Defendants Alexis Santiago Abrams*
*and Rowdy Transport, LLC d/b/a Rowdy Resources*